**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| RECORDED BOOKS, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | **CIVIL ACTION NO. 08-cv-1042-RWT** |
| MIDWEST TAPE, LLC, et al., | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE**

Pursuant to Fed. R.Civ. P 41(a)(1), Plaintiff Recorded Books, LLC, by and through undersigned counsel, hereby dismisses the above-captioned action against all defendants **WITHOUT PREJUDICE**.

Respectfully submitted,

RECORDED BOOKS, LLC

By their attorneys,

**BROWN RUDNICK LLP**

*Howard A. Wolf-Rodda /s/*
Howard A. Wolf-Rodda (MD Bar ID 12118)
601 Thirteenth Street NW, Suite 600
Washington, DC 20005
202.536.1700 (telephone)
202.536.1701 (facsimile)
hwolf-rodda@brownrudnick.com

Dated: August 18, 2008